IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSCAR L.,<br><br>    Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | 8:21CV444<br><br>ORDER |

  This matter is before the Court on plaintiff Oscar L.'s ("Oscar") Application to Proceed in the District Court Without Prepaying Fees or Costs (Filing No. 24).

  For good cause shown, Oscar's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

  IT IS SO ORDERED.

  Dated this 6th day of February 2023.

                BY THE COURT:

                Robert F. Rossiter, Jr.
                Chief United States District Judge