IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSCAR LEIVA,<br><br>          Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | **8:21CV444**<br><br>**JUDGMENT** |

      In accordance with the Order entered today (Filing No. 36), the final decision of defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Commissioner"), is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Final judgment is entered in favor plaintiff Oscar Leiva and against the Commissioner. *See* Fed. R. Civ. P. 58.

      Dated this 8th day of June 2023.

                                                  BY THE COURT:

                                                  Robert F. Rossiter, Jr.
                                                  Chief United States District Judge