IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSCAR LEIVA,<br><br>     Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>     Defendant. | 8:21CV444<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 40), judgment is entered in favor of plaintiff Oscar Leiva and against defendant Kilolo Kijakazi, Acting Commissioner of Social Security. *See* Fed. R. Civ. P. 58.

Dated this 22nd day of September 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge