IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSCAR LEIVA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　　Defendant. | 8:21CV444<br><br>**JUDGMENT** |

　　In accordance with the Memorandum and Order entered today (Filing No. 48), judgment is entered in favor of plaintiff Oscar Leiva and against defendant Frank Bisignano, Commissioner of Social Security. *See* Fed. R. Civ. P. 58.

　　Dated this 13th day of November 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　Chief United States District Judge